## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank, JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>                Defendants. | Case No. 1:09-cv-01743 (CKK) |

### NOTICE OF RELATED CASE

Pursuant to this Court's Local Civil Rule 40.5, defendant the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), respectfully submits this notice of a related case and request for reassignment of this action to United States District Judge Rosemary M. Collyer as related to a prior pending action styled *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.).

This action (the "Action") was transferred to this Court from the United States District Court for the Southern District of Texas by order of the Honorable Kenneth M. Hoyt, United States District Judge, dated September 9, 2009. A copy of Judge Hoyt's memorandum and order is attached as Exhibit A. The Action originally was filed in state court in Galveston, Texas. Plaintiffs assert various claims against JPMorgan Chase Bank, N.A. ("JPMC") and its holding company, JPMorgan Chase & Co. arising from or relating to the FDIC-Receiver's sale to JPMC of substantially all of the assets of Washington Mutual Bank ("WMB"), a failed depository institution for which the FDIC-Receiver has been appointed receiver.

The FDIC-Receiver intervened in the Texas state court proceedings and removed the Action to the Southern District of Texas. Thereafter, the FDIC-Receiver moved to transfer the Action to this Court on the ground that plaintiffs' claims were subject to the jurisdictional bar set forth in the Federal Deposit Insurance Act, as amended, and to the venue provision in that statute, under which this Court is one of two permissible districts for actions. *See* 12 U.S.C. §§ 1821(d)(6)(A), 1821(d)(13)(D).

The FDIC-Receiver also noted in its motion to transfer that Judge Collyer was presiding over the related *Washington Mutual* action and that transfer to this Court would allow the Action to be assigned to Judge Collyer as a related case. In the transfer order, Judge Hoyt agreed that the venue provision in 12 U.S.C. § 1821(d)(6)(A) applied and observed that "[i]n many respects, the plaintiffs' case is not unlike WMI's suit against the FDIC-Receiver that is currently pending in the District Court for the District of Columbia. *See Washington Mutual, Inc. v. FDIC*, [No. 1:09cv0533-RMC (DDC Mar. 20, 2009)]."

Both the Action and the pending *Washington Mutual* action arise from or relate to the WMB receivership.[1] Moreover, the complaints in both the Action and the *Washington Mutual* action assert claims concerning the FDIC-Receiver's sale of WMB assets to JPMC. JPMC, which along with the FDIC-Receiver is a defendant in the Action, is also a counterclaim defendant in the *Washington Mutual* action. The two actions "involve common issues of fact" and "grow out of the same event or transaction" and therefore are related within the meaning of the Court's local rules.

---

[1] Recently, another action regarding a claim against the WMB receivership was referred to Judge Collyer as related to the pending *Washington Mutual* action. *See Deutsche Bank Nat'l Trust Co. v. F.D.I.C.*, No. 1:09-cv-01656 (RMC) (filed Aug. 26, 2009).

2

Counsel for the FDIC-Receiver has conferred with counsel for JPMC and with counsel for plaintiffs regarding this request. JPMC agrees that the Action is related to the *Washington Mutual* action and should be reassigned to Judge Collyer. Plaintiffs do not agree.

## CONCLUSION

The FDIC-Receiver respectfully requests that the Action be referred to the Court's Calendar and Case Management Committee for reassignment to Judge Collyer.

| | |
|---|---|
| Dated: Washington, D.C.<br>September 21, 2009 | Respectfully submitted,<br><br>  /s/ David Clarke, Jr.  <br>David Clarke, Jr. (D.C. Bar. No. 396002)<br>david.clarke@dlapiper.com<br>Deana L. Cairo (D.C. Bar No. 469628)<br>deana.cairo@dlapiper.com<br>DLA Piper LLP (US)<br>500 8th Street, N.W.<br>Washington, D.C.  20004<br>Tel.:  (202) 799-4000<br>Fax:  (202) 799-5000<br><br>– and –<br><br>John J. Clarke, Jr.<br>john.clarke@dlapiper.com<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Tel.:  (212) 335-4500<br>Fax:  (212) 335-4501<br><br>Attorneys for Defendant<br>Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank |

## CERTIFICATE OF SERVICE

The undersigned attorney for the FDIC-Receiver certifies that on this 21st day of September 2009, he caused a copy of the foregoing document to be filed via ECF which will cause electronic notice of its filing to be served on all parties who have appeared in this action.

A copy was delivered by hand to:

The Honorable Rosemary M. Collyer
United States District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Copies were sent by overnight mail to the following additional parties to *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.), pursuant to LCvR 40.5(b)(3):

Ashley M. Doherty, Esq.
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D7022
Arlington, VA  22226
*Counsel for the F.D.I.C. in its Corporate Capacity*

David R. Berz, Esq.
Adam P. Strochak, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005

– and –

Daniel H. Bromberg, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 520
Redwood Shores, CA 94306
*Counsel for Washington Mutual, Inc. and WMI Investment Corp.*

                                /s/ David Clarke, Jr.
                                David Clarke, Jr.