CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, ET AL. ) ) ) ) | |
| Plaintiff ) ) ) | Civil Case Number 09-1743 (RMC) |
| ) ) | Category     E |
| FDIC, ETC. ) ) ) | |
| Defendant ) ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 25, 2009</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Case related to CA 09-533 before Judge Collyer)

<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
       <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee