UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank, Henderson, Nevada, *et al*.,<br><br>    Defendants. | Case No. 1:09-cv-01743 (RMC) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Sealed Attachment was filed in paper format with the Court. This document is not available for public viewing.

Dated:   December 7, 2009
         Washington, D.C.

Respectfully submitted,

By:   /s/ Bruce W. Hickey
      Bruce W. Hickey (D.C. Bar No. 479036)
      SULLIVAN & CROMWELL LLP
      1701 Pennsylvania Avenue, N.W.
      Washington, D.C.  20006
      Telephone:  (202) 956-7500
      Facsimile:  (202) 293-6330

*Counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*