**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN NATIONAL § <br> INSURANCE COMPANY, *et. al.*, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> JPMORGAN CHASE & CO. § <br> and JP MORGAN CHASE BANK, § <br> NATIONAL ASSOCIATION, § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> FDIC, AS RECEIVER FOR § <br> WASHINGTON MUTUAL BANK, § <br> HENDERSON, NEVADA, § <br> § <br> Intervenor. § | C.A. No. 1:09-CV-01743-RMC |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO STRIKE APPENDIX A OF JPMC'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

NOW COME Plaintiffs American National Insurance Co., *et al.*, and hereby serve notice that they are withdrawing their previously-filed Motion to Strike Appendix A of JPMC's Reply Memorandum [Docket No. 100].

By: __/s/ Gregory S. Smith_____
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone:  (202) 460-3381
Facsimile:   (877) 809-9113
Email:   gregsmithlaw@verizon.net

        Andrew J. Mytelka  
        Texas State Bar No. 14767700  
        Joseph R. Russo, Jr.  
        Texas State Bar No. 24002879  
        Steve Windsor  
        Texas State Bar No. 21760650  
        James M. Roquemore  
        Texas State Bar No. 24058082  
        GREER, HERZ & ADAMS. LLP  
        One Moody Plaza, 18th Floor  
        Galveston, Texas 77550  
        (409) 797-3200  
        (409) 766-6424 (FAX)  

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2010, a copy of this document was filed with the Court's ECF filing system, which will provide electronic notification of its filing to all counsel who have noticed their appearance in this action.

        __/s/ Gregory S. Smith_____  
        Gregory S. Smith