# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 09-1743 (RMC) |
| JPMORGAN CHASE & CO., *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** the FDIC-Receiver's motion to dismiss [Dkt. # 87] is **GRANTED**; and it is

**FURTHER ORDERED** that JPMorgan Chase's motion to dismiss [Dkt. # 89] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' motion to dismiss FDIC-Receiver as a party and to remand the case to Texas state court [Dkt. # 88] is **DENIED**.  This case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: April 13, 2010

/s/
ROSEMARY M. COLLYER
United States District Judge