UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-1743 (RMC) |
| JPMORGAN CHASE & CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On April 13, 2010, the Court granted Defendants' Motion to Dismiss. *See* [Dkt. # 118]. Before the Court is Plaintiff's Motion to Alter or Amend Judgment and Request For Leave to File Amended Complaint, asking the Court to reconsider its April 13, 2010 Order, and thereafter grant leave to file an amended complaint. *See* [Dkt. # 119]. Both aspects of the Motion will be denied.

Plaintiff files its Motion pursuant to Federal Rule of Civil Procedure 59(e). A Rule 59(e) motion is not "simply an opportunity to reargue facts and theories upon which a court has already ruled." *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995). "A Rule 59(e) motion is discretionary and need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Fox v. Am. Airlines Inc.*, 389 F.3d 1291, 1296 (D.C. Cir. 2004) (quoting *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996)). None of these conditions is met here.

Additionally, a party must first hurdle this Rule 59(e) bar before amending a complaint, post-judgement. *Nextel Spectrum Acquisition Corp. v. Hispanic Info. & Telcoms. Network*, 571 F. Supp. 2d 59, 62 (D.D.C. 2008).  Because Plaintiff has not done so, its motion to amend its complaint will also be denied.

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion to Alter or Amend Judgment and Request For Leave to File Amended Complaint [Dkt. # 119] is **DENIED**

**SO ORDERED.**


Date: July 19, 2010                                  /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge