UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, *et. al.* § § § Plaintiffs, § § vs. § § JPMORGAN CHASE & CO., *et al.* and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, § § § Defendants, § § and § § FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA § § § Intervenor. § | C.A. No. 1:09-CV-01743-RMC |

## PLAINTIFFS' NOTICE OF APPEAL

NOW COME Plaintiffs American National Insurance Company ("ANICO"), American National Property and Casualty Company ("ANPAC"), Farm Family Life Insurance Company ("FFLIC"), Farm Family Casualty Insurance Company ("FFCIC") and National Western Life Insurance Company ("NWL") (collectively the "Plaintiffs"), and hereby appeal the judgment entered in this case, granting [Docket # 118] the motions to dismiss filed by Defendants JPMorgan Chase & Co and JP Morgan Chase Bank, N.A. and Intervenor the FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, and denying Plaintiffs' Motion to Dismiss the FDIC-Receiver as a Party and to Remand the Case to Texas State Court, and denying [Docket #

1

124] Plaintiffs' Motion to Alter or Amend Judgment and Request for Leave to File Amended Complaint, to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

By: __/s/ Gregory S. Smith_____
Gregory S. Smith (D.C. Bar #472802)
LAW OFFICES OF GREGORY S. SMITH
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone:  (202) 460-3381
Facsimile:   (877) 809-9113
Email:  gregsmithlaw@verizon.net

Andrew J. Mytelka
Texas State Bar No. 14767700
Joseph R. Russo, Jr.
Texas State Bar No. 24002879
Steve Windsor
Texas State Bar No. 21760650
James M. Roquemore
Texas State Bar No. 24058082
GREER, HERZ & ADAMS. LLP
One Moody Plaza, 18th Floor
Galveston, Texas  77550
(409) 797-3200
(409) 766-6424 (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on July 20, 2010, a copy of this document was filed with the Court's ECF filing system, which will provide electronic notification of its filing to all counsel who have noticed their appearance in this action.

__/s/ Gregory S. Smith_____
Gregory S. Smith