APPEAL, CLOSED, TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:09–cv–01743–RMC
### *Internal Use Only*

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY et al vs. FDIC | Date Filed: 09/14/2009 |
| Assigned to: Judge Rosemary M. Collyer | Date Terminated: 04/15/2010 |
| Case in other court:  Texas Southern, 3:09–cv–00044 | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **AMERICAN NATIONAL INSURANCE COMPANY** | represented by | **Andrew J. Mytelka** |

GREER, HERZ &ADAMS L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550–7998
(409) 797–3200
Fax: (409) 766–6424
Email: amytelka@greerherz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Smith**
GREGORY S. SMITH, ATTORNEY AT
LAW
913 East Capitol Street, SE
Washington, DC 20003
(202) 460–3381
Fax: (202) 546–0285
Email: gregsmithlaw@verizon.net

**James Michael Roquemore**
GREER, HERZ &ADAMS L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550–7998
(409) 797–3200
Fax: (409) 766–6424
Email: jroquemore@greerherz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Russo , Jr.**
GREER, HERZ &ADAMS L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550–7998
(409) 797–3200

1

Fax: (409) 766–6424
Email: jrusso@greerherz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Carl Windsor**
GREER, HERZ &ADAMS L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550–7998
(409) 797–3200
Fax: (409) 766–6424
Email: swindsor@greerherz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**     represented by   **Andrew J. Mytelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Smith**
(See above for address)

<u>Plaintiff</u>

**AMERICAN NATIONAL GENERAL INSURANCE COMPANY**     represented by   **Gregory S. Smith**
(See above for address)

<u>Plaintiff</u>

**FARM FAMILY LIFE INSURANCE COMPANY**     represented by   **Andrew J. Mytelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Smith**
(See above for address)

<u>Plaintiff</u>

**FARM FAMILY CASUALTY INSURANCE COMPANY**     represented by   **Andrew J. Mytelka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Smith**
(See above for address)

<u>Plaintiff</u>

**PACIFIC PROPERTY AND CASUALTY COMPANY**     represented by   **Andrew J. Mytelka**
(See above for address)

2

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Smith**
(See above for address)

**Plaintiff**

**AMERICAN NATIONAL LLOYDS**　　　represented by　**Andrew J. Mytelka**
**INSURANCE COMPANY**　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Gregory S. Smith**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

**Plaintiff**

**NATIONAL WESTERN LIFE**　　　　represented by　**Andrew J. Mytelka**
**INSURANCE COMPANY**　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Gregory S. Smith**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARDEN STATE LIFE INSURANCE**　　represented by　**Andrew J. Mytelka**
**COMPANY**　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Gregory S. Smith**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

V.

**Defendant**

**FDIC, AS RECEIVER FOR**　　　　　represented by　**David Clarke , Jr.**
**WASHINGTON MUTUAL BANK,**　　　　　　　　　　DLA PIPER LLP (US)
**HENDERSON, NEVADA**　　　　　　　　　　　　　　500 Eighth Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 799–4503
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: david.clarke@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Deana L. Cairo**
　　　　　　　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　　　　　　　　　　500 Eighth Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004

(202) 799–4000
Email: deana.cairo@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JPMORGAN CHASE &CO.**                    represented by  **Bruce Edward Clark**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558–3557
Fax: (212) 558–3588
Email: clarkb@sullcrom.com
*LEAD ATTORNEY*

**Stacey R. Friedman**
SULLIVAN &CROMWELL
125 Broad Street
New York, NY 10004
(212) 558–3665
Fax: 212–558–3588
Email: friedmans@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce William Hickey**
SULLIVAN &CROMWELL
1701 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 956–7055
Email: hickeyb@sullcrom.com

**John J. Clarke , Jr.**
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335–4500
Fax: (212) 335–4501
Email: john.clarke@dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. David Possick**
SULLIVAN &CROMWELL
125 Broad Street
New York, NY 10011
(212) 558–4000
Fax: (212) 558–3588
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Sacks**
SULLIVAN &CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
(310) 712–6600
Fax: (310) 712–8800
Email: sacksr@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stacey R. Friedman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

JPMORGAN CHASE BANK,      represented by  **Bruce Edward Clark**
NATIONAL ASSOCIATION                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey R. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce William Hickey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Clarke , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. David Possick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Sacks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stacey R. Friedman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/25/2009 | 1 | | NOTICE OF REMOVAL from 122nd District Court, Galeston County, case number 09cv0199 (Filing fee $ 350 receipt number 0541000000004857883) filed by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada. (Attachments: # 1 Exhibit, # 2 Exhibit Removal part B2, # 3 Exhibit Removal Part B3, # 4 Exhibit Removal part C, # 5 Exhibit Removal Part D)(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 03/25/2009) |
| 03/25/2009 | 2 | | NOTICE OF REMOVAL from 122nd Judicial District Court of Galveston County, Texas, case number 09cv0199 () filed by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association.(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 03/25/2009) |
| 03/25/2009 | 3 | | NOTICE OF REMOVAL from 122nd Judicial District Court of Galvestion County, Texas, case number 09cv0199 () filed by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association. (Attachments: # 1 Exhibit JP Morgan Bank Original Answer, # 2 Exhibit JPMorgan Chase and Co. Original Answer, # 3 Errata Special Appearance, # 4 Exhibit Certified Court Copies)(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 03/25/2009) |
| 03/26/2009 | 4 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/27/2009 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy.(Signed by Judge Melinda Harmon) Parties notified.(smurdock, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 03/26/2009) |
| 04/01/2009 | 5 | | MOTION to Transfer Case to United States District Court for the District of Columbia by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, filed. Motion Docket Date 4/21/2009. (Attachments: # 1 Exhibit A)(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/01/2009) |
| 04/01/2009 | 6 | | PROPOSED ORDER *to Transfer or Dismiss* re: 5 MOTION to Transfer Case to United States District Court for the District of Columbia, filed.(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/01/2009) |
| 04/09/2009 | 7 | | First CERTIFICATE OF INTERESTED PARTIES by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association, filed.(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/09/2009) |
| 04/09/2009 | 8 | | CERTIFICATE OF INTERESTED PARTIES by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, filed.(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/09/2009) |
| 04/09/2009 | 9 | | CERTIFICATE OF INTERESTED PARTIES by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed.(Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/09/2009) |

| 04/21/2009 | 10 | | MOTION to Remand by American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, American National Lloyds Insurance Company, filed. Motion Docket Date 5/11/2009. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit)(Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/21/2009) |
| --- | --- | --- | --- |
| 04/21/2009 | 11 | | RESPONSE in Opposition to 5 MOTION to Transfer Case to United States District Court for the District of Columbia, filed by American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, American National Lloyds Insurance Company. (Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/21/2009) |
| 04/24/2009 | 12 | | NOTICE of Change of Address by Edward John "Jack" O'Neill, Jr.; Aaron G. Fountain, counsel for FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, filed. (O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/24/2009) |
| 04/24/2009 | 13 | | Unopposed MOTION for Leave to File Reply to Response to Motion to Transfer by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, filed. Motion Docket Date 5/14/2009. (Attachments: #1 Proposed Order)(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 04/24/2009) |
| 04/30/2009 | 14 | | ORDER granting 13 Unopposed MOTION for Leave to File Reply to Response to Motion to Transfer ; Motion–related deadline set re: 13 Unopposed MOTION for Leave to File Reply to Response to Motion to Transfer ( Responses due by 5/11/2009).(Signed by Magistrate Judge Frances H Stacy) Parties notified.(esmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/04/2009) |
| 05/11/2009 | 15 | | MOTION to Dismiss *for Improper Venue* by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association, filed. Motion Docket Date 6/1/2009. (Attachments: #1 Exhibit Exhibit A, #2 Exhibit Exhibit B, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exhibit, #11 Proposed Order)(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/11/2009) |
| 05/11/2009 | 16 | | RESPONSE in Opposition to 10 MOTION to Remand, filed by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Proposed Order)(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/11/2009) |
| 05/11/2009 | 17 | | RESPONSE in Opposition to 10 MOTION to Remand, filed by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada. (Attachments: #1 O'Neill Declaration, #2 Exhibit 1, #3 Exhibit 2, #4 Proposed Order)(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/11/2009) |
| 05/11/2009 | 18 | | REPLY to Response to 5 MOTION to Transfer Case to United States District Court for the District of Columbia, filed by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada. (O'Neill, Edward John) [Transferred from |

| | | |
|---|---|---|
| | | Texas Southern on 9/16/2009.] (Entered: 05/11/2009) |
| 05/11/2009 | 19 | MOTION to Dismiss *for Lack of Personal Jurisdiction* by JPMorgan Chase &Co., filed. Motion Docket Date 6/1/2009. (Attachments: # 1 Supplement Transmittal Letter, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/11/2009) |
| 05/15/2009 | 20 | NOTICE *Regarding Coordination of Discovery* by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed. (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/15/2009) |
| 05/18/2009 | 21 | Unopposed MOTION for Leave to File Reply to Responses to Motion for Remand by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed. Motion Docket Date 6/8/2009. (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/18/2009) |
| 05/20/2009 | 22 | ORDER granting 21 Motion for Leave to File Reply to the responses of the Defendants and the FDIC to Plaintiff's Motion for Remand. Reply deadline is 06/01/09.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 05/21/2009) |
| 06/01/2009 | 23 | REPLY in Support of 10 MOTION to Remand, filed by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company. (Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/01/2009) |
| 06/01/2009 | 24 | RESPONSE in Opposition to 15 MOTION to Dismiss *for Improper Venue*, filed by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company. (Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/01/2009) |
| 06/01/2009 | 25 | RESPONSE in Opposition to 19 MOTION to Dismiss *for Lack of Personal Jurisdiction*, filed by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and |

| | | |
|---|---|---|
| | | Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company. (Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/01/2009) |
| 06/02/2009 | 26 | Amended RESPONSE to 19 MOTION to Dismiss *for Lack of Personal Jurisdiction*, filed by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company. (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/02/2009) |
| 06/05/2009 | 27 | Unopposed MOTION for Leave to File Replies to Plaintiffs' Responses by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association, filed. Motion Docket Date 6/25/2009. (Attachments: # 1 Proposed Order)(Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/05/2009) |
| 06/08/2009 | 28 | ORDER granting 27 Unopposed MOTION for Leave to File Replies to Plaintiffs' Responses. Replies due by 6/22/2009.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/09/2009) |
| 06/22/2009 | 29 | REPLY in Support of 15 MOTION to Dismiss *for Improper Venue*, filed by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association. (Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/22/2009) |
| 06/22/2009 | 30 | REPLY in Support of 19 MOTION to Dismiss *for Lack of Personal Jurisdiction*, filed by JPMorgan Chase &Co.. (Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 06/22/2009) |
| 07/16/2009 | 31 | NOTICE by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed. (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 07/16/2009) |
| 07/16/2009 | 32 | RESPONSE to 31 Notice (Other), Notice (Other) *of Authority*, filed by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C – Part 1, # 4 Exhibit C – Part 2)(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 07/16/2009) |
| 07/22/2009 | 33 | MOTION to Strike 32 Response, *of FDIC–Receiver to Plaintiffs' Notice of Authority*, by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed. Motion Docket Date 8/11/2009. |

| | | |
|---|---|---|
| | | (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 07/22/2009) |
| 08/07/2009 | 34 | RESPONSE in Opposition to 33 MOTION to Strike 32 Response, *of FDIC–Receiver to Plaintiffs' Notice of Authority,* MOTION to Strike 32 Response, *of FDIC–Receiver to Plaintiffs' Notice of Authority,* MOTION to Strike 32 Response, *of FDIC–Receiver to Plaintiffs' Notice of Authority,*, filed by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada. (O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/07/2009) |
| 08/10/2009 | 35 | PROPOSED ORDER re: 34 Response in Opposition to Motion,, filed.(O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/10/2009) |
| 08/12/2009 | 36 | MOTION for John J. Clarke, Jr. to Appear Pro Hac Vice by FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, filed. Motion Docket Date 9/4/2009. (O'Neill, Edward John) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/12/2009) |
| 08/13/2009 | 37 | MOTION for Stacey R. Friedman to Appear Pro Hac Vice by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association, filed. Motion Docket Date 9/8/2009. (Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/13/2009) |
| 08/13/2009 | 38 | MOTION for Robert A. Sacks to Appear Pro Hac Vice by JPMorgan Chase &Co., JPMorgan Chase Bank, National Association, filed. Motion Docket Date 9/8/2009. (Shea, Maryellen) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/13/2009) |
| 08/17/2009 | 39 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by American National Insurance Company, filed.(Windsor, Steven) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/17/2009) |
| 08/21/2009 | 40 | ORDER granting 36 MOTION for John J. Clarke, Jr. to Appear Pro Hac Vice ; Attorney John J Clarke for FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada added.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/24/2009) |
| 08/21/2009 | 41 | ORDER granting 37 MOTION for Stacey R. Friedman to Appear Pro Hac Vice ; Attorney Stacey R Friedman for JPMorgan Chase &Co. and JPMorgan Chase Bank, National Association added.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/24/2009) |
| 08/21/2009 | 42 | ORDER granting 38 MOTION for Robert A. Sacks to Appear Pro Hac Vice ; Attorney Robert A Sacks for JPMorgan Chase &Co. and JPMorgan Chase Bank, National Association added.(Signed by Judge Melinda Harmon) Parties notified.(htippen, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/24/2009) |
| 08/25/2009 | 43 | NOTICE of Transfer. Case reassigned to Judge Kenneth M. Hoyt for the following reason: agreement of the judges. Judge Melinda Harmon no longer assigned to the case. Parties notified. Court settings are vacated, filed. (htippen, |

| | | |
|---|---|---|
| | | ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 08/25/2009) |
| 09/02/2009 | 44 | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 9/9/2009 at 04:15 PM by telephone before Judge Kenneth M. Hoyt.(Signed by Judge Kenneth M. Hoyt) Parties notified.(lusmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/02/2009) |
| 09/03/2009 | 45 | ORDER denying 33 Motion to Strike.(Signed by Judge Kenneth M. Hoyt) Parties notified.(lusmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/03/2009) |
| 09/03/2009 | 46 | ORDER denying 10 Motion to Remand.(Signed by Judge Kenneth M. Hoyt) Parties notified.(lusmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/03/2009) |
| 09/09/2009 | 47 | MOTION for Reconsideration of 46 Order on Motion to Remand by Garden State Life Insurance Company, American National Insurance Company, American National Property and Casualty Company, American National General Insurance Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, Pacific Property and Casualty Company, American National Lloyds Insurance Company, National Western Life Insurance Company, filed. Motion Docket Date 10/2/2009. (Roquemore, James) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/09/2009) |
| 09/09/2009 | 48 | MEMORANDUM AND ORDER Transfering Case Granting 5 MOTION to Transfer Case to United States District Court for the District of Columbia; Denying 10 Motion to Remand; Denying 33 the motion to strike the FDIC Receiver's response and notice of authority; Deferring 15 Motion to Dismiss for Improper Venue; and Deferring 19 MOTION to Dismiss for Lack of Personal Jurisdiction.(Signed by Judge Kenneth M. Hoyt) Parties notified.(lusmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/10/2009) |
| 09/09/2009 | | Interdistrict transfer to District Court for the District of Columbia. Case electronically sent. Case terminated on 9/10/09, filed. (lusmith, ) [Transferred from Texas Southern on 9/16/2009.] (Entered: 09/10/2009) |
| 09/14/2009 | 49 | Case transferred in from District of Texas Southern; Case Number 3:09−cv−00044. Original file with documents numbered 1 − 48, certified copy of transfer order and docket sheet received. (Additional attachment(s) added on 9/16/2009: # 2 Civil Cover Sheet, # 3 Notice to Counsel) (td, ). Modified on 9/23/2009 (tth). (Entered: 09/16/2009) |
| 09/16/2009 | 50 | ORDER Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar−Kotelly, signed on September 16, 2009. (SM) (Entered: 09/16/2009) |
| 09/21/2009 | 51 | NOTICE of Appearance by David Clarke, Jr on behalf of FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA (Clarke, David) (Entered: 09/21/2009) |
| 09/21/2009 | 52 | NOTICE of Appearance by Deana L. Cairo on behalf of FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA (Cairo, Deana) (Entered: 09/21/2009) |

| 09/21/2009 | 53 | | NOTICE OF RELATED CASE by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. Case related to Case No. 1:09–cv–0533. (Attachments: #_1 Exhibit A)(Clarke, David) (Entered: 09/21/2009) |
| 09/25/2009 | 54 | | Case Reassigned to Judge Rosemary M. Collyer as a Related Case. Judge Colleen Kollar–Kotelly no longer assigned to the case. (jeb, ) (Entered: 09/25/2009) |
| 10/02/2009 | 55 | | NOTICE of Appearance by Gregory S. Smith on behalf of all plaintiffs (Smith, Gregory) (Entered: 10/02/2009) |
| 10/02/2009 | 56 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Jan Mytelka, :Firm– Greer, Herz &Adams L.L.P., :Address– One Moody Plaza, 18th Floor, Galveston, TX 77550–7998. Phone No. – 409.797.3200. Fax No. – 409.766.6424 *on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: #_1 Text of Proposed Order)(Smith, Gregory) (Entered: 10/02/2009) |
| 10/02/2009 | 57 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joseph R. Russo, Jr., :Firm– Greer, Herz &Adams L.L.P., :Address– One Moody Plaza, 18th Floor, Galveston, TX 77550–7998. Phone No. – 409.797.3200. Fax No. – 409.766.6424 *on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: #_1 Text of Proposed Order)(Smith, Gregory) (Entered: 10/02/2009) |
| 10/02/2009 | 58 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James Michael Roquemore, :Firm– Greer, Herz &Adams L.L.P., :Address– One Moody Plaza, 18th Floor, Galveston, TX 77550–7998. Phone No. – 409.797.3200. Fax No. – 409.766.6424 *on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: #_1 Text of Proposed Order)(Smith, Gregory) (Entered: 10/02/2009) |
| 10/02/2009 | 59 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Steven Carl Windsor, :Firm– Greer, Herz &Adams L.L.P., :Address– One Moody Plaza, 18th Floor, Galveston, TX 77550–7998. Phone No. – 409.797.3200. Fax No. – 409.766.6424 *on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: #_1 Text of Proposed Order)(Smith, Gregory) (Entered: 10/02/2009) |
| 10/07/2009 | 60 | | ENTERED IN ERROR.....Amended MOTION for Certification for interlocatory appeal *under 18 U.S.C. 1292(b) on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Smith, Gregory) Modified on 10/8/2009 (rdj). (Entered: 10/07/2009) |
| 10/07/2009 | 61 | | RESPONSE re_53 Notice of Related Case *on behalf of all Plaintiffs* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Smith, Gregory) (Entered: 10/07/2009) |
| 10/07/2009 | 62 | | Consent MOTION for Rule 16 Conference *on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: #_1 Text of Proposed Order)(Smith, Gregory) (Entered: 10/07/2009) |
| 10/07/2009 | 63 | | ENTERED IN ERROR.....Amended MOTION for Certification for interlocatory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs* |

| | | |
|---|---|---|
| | | *(corrected/with Declaration)* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Declaration of James M. Roquemore)(Smith, Gregory) Modified on 10/8/2009 (rdj). (Entered: 10/07/2009) |
| 10/07/2009 | 64 | Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Declaration of James M. Roquemore, # 2 Text of Proposed Order)(Smith, Gregory) (Entered: 10/07/2009) |
| 10/07/2009 | | MINUTE ORDER granting 56 , 57 , 58 , and 59 Motions for Leave to Appear Pro Hac Vice. Andrew Jan Mytelka, Joseph R. Russo, Jr., James Michael Roquemore, and Steven Carl Windsor are hereby admitted to practice and appear before this Court on behalf of Plaintiffs in this matter. Signed by Judge Rosemary M. Collyer on 10/7/09. (lcrmc1) (Entered: 10/07/2009) |
| 10/07/2009 | 65 | NOTICE *to U.S. Attorney General of Constitutional Challenge to a Federal Statute, on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY re 64 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Smith, Gregory) (Entered: 10/07/2009) |
| 10/08/2009 | | NOTICE OF CORRECTED DOCKET ENTRY: re 60 Amended MOTION for Certification for interlocutory appeal *under 18 U.S.C. 1292(b) on behalf of all Plaintiffs*, 63 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Declaration)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Declaration)* was entered in error and counsel refiled said pleading as document 64 . (rdj) (Entered: 10/08/2009) |
| 10/08/2009 | 66 | NOTICE of Appearance by Bruce Edward Clark on behalf of JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Clark, Bruce) (Entered: 10/08/2009) |
| 10/08/2009 | 67 | NOTICE of Appearance by Bruce William Hickey on behalf of JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Hickey, Bruce) (Entered: 10/08/2009) |
| 10/08/2009 | 68 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by JPMORGAN CHASE &CO. (Hickey, Bruce) (Entered: 10/08/2009) |
| 10/08/2009 | 69 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Hickey, Bruce) (Entered: 10/08/2009) |
| 10/08/2009 | 70 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stacey R. Friedman, :Firm– Sullivan &Cromwell LLP, :Address– 125 Broad Street, New York, New York 10004. Phone No. – (212) 558–4000. Fax No. – (212) 558–3588 by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Declaration, # 2 Text of |

| | | | |
|---|---|---|---|
| | | | Proposed Order)(Hickey, Bruce) (Entered: 10/08/2009) |
| 10/08/2009 | 71 | | ORDER FOR INITIAL SCHEDULING CONFERENCE. The Initial Scheduling Conference is set for November 6, 2009 at 11:00 a.m. Signed by Judge Rosemary M. Collyer on 10/8/09. (lcrmc2) (Entered: 10/08/2009) |
| 10/08/2009 | 72 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *Regarding All Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Smith, Gregory) (Entered: 10/08/2009) |
| 10/08/2009 | | | Set/Reset Hearings: Initial Scheduling Conference set for 11/6/2009 11:00 AM in Courtroom 2 before Judge Rosemary M. Collyer. (cdw) (Entered: 10/15/2009) |
| 10/09/2009 | 73 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Robert A. Sacks, :Firm– Sullivan &Cromwell LLP, :Address– 1888 Century Park East, Los Angeles, California 90067. Phone No. – (310) 712–6600. Fax No. – (310) 712–8800 by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Hickey, Bruce) (Entered: 10/09/2009) |
| 10/14/2009 | 74 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John J. Clarke, Jr., :Firm– DLA Piper LLP (US), :Address– 1251 Avenue of the Americas, New York, New York 10020. Phone No. – (212) 335–4500. Fax No. – (212) 335–4501 by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA (Attachments: # 1 Declaration John J. Clarke, Jr., # 2 Text of Proposed Order)(Clarke, David) (Entered: 10/14/2009) |
| 10/14/2009 | 75 | | Consent MOTION for Extension of Time to File Response/Reply as to 64 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA (Attachments: # 1 Text of Proposed Order)(Clarke, David) (Entered: 10/14/2009) |
| 10/15/2009 | | | MINUTE ORDER granting 70 , 73 , and 74 Motions for Leave to Appear Pro Hac Vice. It is hereby ORDERED that John J. Clarke, Jr., is admitted to practice and appear before this Court on behalf of Defendant FDIC–RECEIVER; Stacey R. Friedman and Robert A. Sacks are admitted to practice and appear before this Court on behalf of Defendants JPMORGAN CHASE &CO. and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Signed by Judge Rosemary M. Collyer on 10/15/09. (lcrmc1) (Entered: 10/15/2009) |
| 10/15/2009 | | | MINUTE ORDER granting 75 Defendant FDIC–Receiver's Motion for Extension of Time to File Response. It is hereby ORDERED that the FDIC–Receiver shall file an opposition to 64 Plaintiffs' motion no later than October 28, 2009, and; Plaintiffs shall file any reply no later than November 9, 2009. Signed by Judge Rosemary M. Collyer on 10/15/09. (lcrmc1) (Entered: 10/15/2009) |
| 10/15/2009 | | | Set/Reset Deadlines: Response to 64 due by 10/28/2009. Reply due by 11/9/2009. (cdw) (Entered: 10/19/2009) |

| 10/21/2009 | 76 | | Memorandum in opposition to re 64 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Clark, Bruce) (Entered: 10/21/2009) |
| 10/21/2009 | 77 | | REPLY re 53 Notice of Related Case filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Clark, Bruce) Modified on 10/22/2009 to correct linkage (rdj). (Entered: 10/21/2009) |
| 10/26/2009 | 78 | | REPLY to opposition to motion re 64 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Exhibit A)(Smith, Gregory) (Entered: 10/26/2009) |
| 10/28/2009 | 79 | | Memorandum in opposition to re 64 Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)*Amended MOTION for Certification for interlocutory appeal *under 28 U.S.C. 1292(b) on behalf of all Plaintiffs (corrected/with Proposed Order)* filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Cairo, Deana) (Entered: 10/28/2009) |
| 11/02/2009 | 80 | | MEET AND CONFER STATEMENT. (Clark, Bruce) (Entered: 11/02/2009) |
| 11/03/2009 | 81 | | Civil Statement – *Brief Statement of the Case* from Plaintiffs. (Smith, Gregory) (Entered: 11/03/2009) |
| 11/03/2009 | 82 | | Civil Statement *Brief Statement of the Case* from Defendants JPMorgan Chase &Co. and JPMorgan Chase Bank, N.A. (Clark, Bruce) (Entered: 11/03/2009) |
| 11/03/2009 | 83 | | Civil Statement *in Advance of Initial Scheduling Conference* from FDIC–Receiver. (Clarke, David) (Entered: 11/03/2009) |
| 11/06/2009 | | | MINUTE ORDER denying 64 Plaintiffs' Motion for Certificate of Appealability. For the reasons stated in Court and on the record on November 6, 2009, Plaintiff's Motion for Certification is DENIED. The parties shall file any dispositive motions no later than December 7, 2009; any responses to dispositive motions no later than January 7, 2010, and; any replies to their dispositive motions no later than January 21, 2010. Oral arguments on dispositive motions are set for February 18, 2010, at 11:00 a.m. Signed by Judge Rosemary M. Collyer on 11/6/09. (lcrmc1) (Entered: 11/06/2009) |
| 11/06/2009 | | | Set/Reset Deadlines/Hearings: Dispositive Motions due by 12/7/2009. Response to Dispositive Motions due by 1/7/2010. Reply to Dispositive Motions due by 1/21/2010. Motion Hearing set for 2/18/2010 11:00 AM in Courtroom 2 before Judge Rosemary M. Collyer. (cdw) (Entered: 11/09/2009) |
| 11/06/2009 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Initial Scheduling Conference held on 11/6/2009. (Court Reporter: Crystal Pilgrim) |

| | | |
|---|---|---|
| | | (cdw) (Entered: 11/12/2009) |
| 11/24/2009 | 84 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– M. David Possick, :Firm– Sullivan &Cromwell LLP, :Address– 125 Broad Street, New York, New York 10004. Phone No. – (212) 558–4000. Fax No. – (212) 558–3588 by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Hickey, Bruce) (Entered: 11/24/2009) |
| 11/24/2009 | | MINUTE ORDER granting 84 Motion for Leave to Appear Pro Hac Vice. M. David Possick is hereby admitted to practice and appear before this Court on behalf of Defendants JPMORGAN CHASE &CO. and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Signed by Judge Rosemary M. Collyer on 11/24/09. (lcrmc1) (Entered: 11/24/2009) |
| 12/07/2009 | 85 | MOTION for Leave to File *Under Seal* by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Hickey, Bruce) (Entered: 12/07/2009) |
| 12/07/2009 | 86 | MEMORANDUM re 85 MOTION for Leave to File *Under Seal* filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Hickey, Bruce) (Entered: 12/07/2009) |
| 12/07/2009 | 87 | MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)*, MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA (Attachments: # 1 Memorandum in Support Memorandum of Points and Authorities in Support, # 2 Exhibit A to Memorandum in Support, # 3 Text of Proposed Order Proposed Order Granting Motion)(Clarke, David) (Entered: 12/07/2009) |
| 12/07/2009 | 88 | Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Smith, Gregory) (Entered: 12/07/2009) |
| 12/07/2009 | 89 | MOTION to Dismiss by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Clark, Bruce) (Entered: 12/07/2009) |
| 12/07/2009 | 90 | MEMORANDUM re 89 MOTION to Dismiss filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Clark, Bruce) (Entered: 12/07/2009) |
| 12/07/2009 | 91 | NOTICE *Regarding Filing of Sealed Material* by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION re 90 Memorandum (Hickey, Bruce) (Entered: 12/07/2009) |
| 12/08/2009 | | MINUTE ORDER granting 85 Motion for Leave to File Under Seal by Defendants JPMorgan Chase &Co. and JPMorgan Chase Bank, N.A. It is hereby ORDERED that the Declaration of Bruce W. Hickey and exhibits attached thereto shall be sealed. Signed by Judge Rosemary M. Collyer on |

| | | | |
|---|---|---|---|
| | | | 12/8/09. (lcrmc1) (Entered: 12/08/2009) |
| 12/08/2009 | 92 | | SEALED Declaration of Bruce W. Hickey filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (This document is SEALED and only available to authorized persons.)(zrdj) (Entered: 12/08/2009) |
| 01/07/2010 | 93 | | Memorandum in opposition to re 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Clark, Bruce) (Entered: 01/07/2010) |
| 01/07/2010 | 94 | | Memorandum in opposition to re 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Proposed Order)(Clarke, David) (Entered: 01/07/2010) |
| 01/07/2010 | 95 | | Memorandum in opposition to re 87 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c) Jointly Submitted on Behalf of All Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Declaration of James M. Roquemore, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Smith, Gregory) (Entered: 01/07/2010) |
| 01/07/2010 | 96 | | Memorandum in opposition to re 89 MOTION to Dismiss *Jointly Submitted on Behalf of All Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Text of Proposed Order)(Smith, Gregory) (Entered: 01/07/2010) |
| 01/21/2010 | 97 | | REPLY to opposition to motion re 87 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Clarke, David) (Entered: 01/21/2010) |
| 01/21/2010 | 98 | | REPLY to opposition to motion re 89 MOTION to Dismiss filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Clark, Bruce) (Entered: 01/21/2010) |
| 01/21/2010 | 99 | | REPLY to opposition to motion re 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Smith, Gregory) (Entered: 01/21/2010) |
| 01/25/2010 | 100 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Strike 98 Reply to opposition to Motion *'s Appendix A, filed on Behalf of All Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Text of Proposed Order)(Smith, Gregory) (Entered: 01/25/2010) |
| 02/04/2010 | 101 | | MOTION for Leave to File *Additional Exhibit* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Supplement Exhibit, # 2 Text of Proposed Order)(Smith, Gregory) (Entered: 02/04/2010) |
| 02/05/2010 | 102 | | NOTICE OF WITHDRAWAL OF MOTION by AMERICAN NATIONAL INSURANCE COMPANY re 100 MOTION to Strike 98 Reply to opposition to Motion *'s Appendix A, filed on Behalf of All Plaintiffs* (Smith, Gregory) (Entered: 02/05/2010) |
| 02/12/2010 | 103 | | MOTION to Continue by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Clark, Bruce) (Entered: 02/12/2010) |
| 02/15/2010 | 104 | | Memorandum in opposition to re 103 MOTION to Continue *, submitted on behalf of all Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Smith, Gregory) (Entered: 02/15/2010) |
| 02/16/2010 | | | NOTICE of Hearing: Oral Argument has been reset for 3/9/2010 at 10:30 AM in Courtroom 2, Prettyman Building, 2nd Floor, before Judge Rosemary M. Collyer. (cdw) (Entered: 02/16/2010) |
| 02/16/2010 | | | MINUTE ORDER granting in part and denying in part 103 Motion to Continue. The oral argument in this matter is rescheduled for March 9, 2010. Signed by Judge Rosemary M. Collyer on 2/16/10. (lcrmc1) (Entered: 02/16/2010) |
| 02/18/2010 | 105 | | NOTICE *OF DISMISSAL OF WASHINGTON MUTUAL, INC. BONDHOLDER AND STOCKHOLDER CLAIMS, filed on behalf of all Plaintiffs* by AMERICAN NATIONAL INSURANCE COMPANY (Smith, Gregory) (Entered: 02/18/2010) |
| 03/03/2010 | 106 | | RESPONSE re 105 Notice (Other) *Notice of Dismissal* filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Clark, Bruce) (Entered: 03/03/2010) |
| 03/09/2010 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Motion Hearing held on 3/9/2010 re 87 , 88 , 89 the pending Motions to Dismiss. Motions heard and taken under advisement. Plaintiff's Motion 101 for Leave to File Additional Exhibits, heard and granted. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 03/09/2010) |
| 03/09/2010 | 107 | | Additional EXHIBITS by AMERICAN NATIONAL INSURANCE COMPANY. (rdj) (Entered: 03/10/2010) |
| 03/16/2010 | 108 | | Consent MOTION for Order *Governing Supplemental Briefs* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Text of Proposed Order)(Smith, Gregory) (Entered: 03/16/2010) |
| 03/17/2010 | | | MINUTE ORDER granting 108 Consent Motion for Order. It is hereby ORDERED that the initial Supplemental Briefs, authorized by this Court at the |

| | | |
|---|---|---|
| | | March 9, 2010 hearing held in this case, shall be filed by each party no later than March 23, 2010, and that no Supplemental Brief shall exceed 15 pages in length, and it is further ORDERED that any replies to the initial Supplemental Briefs shall be filed no later than April 5, 2010, and that no reply brief shall exceed 5 pages in length. Signed by Judge Rosemary M. Collyer on 3/17/10.(lcrmc1) (Entered: 03/17/2010) |
| 03/17/2010 | | Set/Reset Deadlines/Hearings: Supplemental Briefs due by 3/23/2010. Replies due by 4/5/2010. (cdw) (Entered: 03/18/2010) |
| 03/23/2010 | 109 | SUPPLEMENTAL MEMORANDUM to re 87 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c),* 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Clarke, David) (Entered: 03/23/2010) |
| 03/23/2010 | 110 | SUPPLEMENTAL MEMORANDUM to *Motions to Dismiss, submitted on behalf of All Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Exhibit A)(Smith, Gregory) (Entered: 03/23/2010) |
| 03/23/2010 | 111 | SUPPLEMENTAL MEMORANDUM to re 89 MOTION to Dismiss, 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs* filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Clark, Bruce) (Entered: 03/23/2010) |
| 04/02/2010 | 112 | REPLY re 87 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P. 12(b)(1)* MOTION to Dismiss *for Failure to State a Claim Pursuant to F.R.C.P. 12(c),* 88 Joint MOTION to Dismiss *FDIC as a Party and for Remand, or in the Alternative, Dismissal Without Prejudice for Lack of Subject Matter Jurisdiction, filed on behalf of All Plaintiffs SUPPLEMENTAL REPLY IN RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF* filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Clarke, David) (Entered: 04/02/2010) |
| 04/05/2010 | 113 | REPLY re 109 Supplemental Memorandum,, *of FDIC, submitted on behalf of All Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Attachments: # 1 Exhibit 1)(Smith, Gregory) (Entered: 04/05/2010) |
| 04/05/2010 | 114 | REPLY re 111 Supplemental Memorandum, *of JPMC, submitted on behalf of All Plaintiffs and* filed by AMERICAN NATIONAL INSURANCE COMPANY. (Smith, Gregory) (Entered: 04/05/2010) |
| 04/05/2010 | 115 | REPLY re 111 Supplemental Memorandum, filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Clark, |

| | | | |
|---|---|---|---|
| | | | Bruce) (Entered: 04/05/2010) |
| 04/13/2010 | 116 | | NOTICE OF SUPPLEMENTAL AUTHORITY by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Exhibit A)(Smith, Gregory) (Entered: 04/13/2010) |
| 04/13/2010 | 117 | | MEMORANDUM OPINION. Signed by Judge Rosemary M. Collyer on 4/13/10. (lcrmc2) (Entered: 04/13/2010) |
| 04/13/2010 | 118 | 24 | ORDER granting 87 FDIC–Receiver's Motion to Dismiss; denying 88 Plaintiffs' Motion to Dismiss FDIC–Receiver and to remand to Texas state court; granting 89 JPMorgan Chase's Motion to Dismiss. This case is closed. Signed by Judge Rosemary M. Collyer on 4/13/10. (lcrmc2) (Entered: 04/13/2010) |
| 05/10/2010 | 119 | | MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,, MOTION for Leave to File *Amended Complaint* by AMERICAN NATIONAL INSURANCE COMPANY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Smith, Gregory) (Entered: 05/10/2010) |
| 05/11/2010 | 120 | | TRANSCRIPT OF PROCEEDINGS before Judge Rosemary M. Collyer held on 03/9/10; Page Numbers: 1–76. Date of Issuance:03/22/10. Court Reporter/Transcriber Crystal M. Pilgrim, Telephone number 202.354.3127, Court Reporter Email Address : crystal_pilgrim@dcd.uscourts.gov. <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. <br><br> Redaction Request due 6/1/2010. Redacted Transcript Deadline set for 6/11/2010. Release of Transcript Restriction set for 8/9/2010.(Pilgrim, Crystal) (Entered: 05/11/2010) |
| 05/14/2010 | 121 | | Consent MOTION for Extension of Time to File Response/Reply as to 119 MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,, MOTION for Leave to File *Amended Complaint* MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,, by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Clark, Bruce) (Entered: 05/14/2010) |
| 05/17/2010 | | | MINUTE ORDER granting 121 Defendants' Consent Motion for Extension of Time. Defendants shall file their responses to P's motion no later than June 21, 2010. Further extensions will NOT be granted without clearly articulated good cause. Signed by Judge Rosemary M. Collyer on 5/17/10. (lcrmc1) (Entered: 05/17/2010) |

| 05/17/2010 | | | Set/Reset Deadlines/Hearings: Defendant's responses due by 6/21/2010. (cdw) (Entered: 05/18/2010) |
|---|---|---|---|
| 06/04/2010 | 122 | | Memorandum in opposition to re 119 MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, MOTION for Leave to File *Amended Complaint* MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, filed by FDIC, AS RECEIVER FOR WASHINGTON MUTUAL BANK, HENDERSON, NEVADA. (Clarke, David) (Entered: 06/04/2010) |
| 06/04/2010 | 123 | | Memorandum in opposition to re 119 MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, MOTION for Leave to File *Amended Complaint* MOTION to Alter Judgment as to 118 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,, filed by JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Clark, Bruce) (Entered: 06/04/2010) |
| 07/19/2010 | 124 | | ORDER denying 119 Plaintiff's Motion to Alter or Amend Judgment and Request For Leave to File Amended Complaint. Signed by Judge Rosemary M. Collyer on 7/19/10. (lcrmc1) (Entered: 07/19/2010) |
| 07/20/2010 | 125 | 22 | NOTICE OF APPEAL as to 124 Order on Motion to Alter Judgment, Order on Motion for Leave to File, 118 Order on Motion to Dismiss/Lack of Jurisdiction by AMERICAN NATIONAL INSURANCE COMPANY, AMERICAN NATIONAL PORPERTY AND CASUALTY COMPANY, FARM FAMILY CASUALTY INSURANCE COMPANY, FARM FAMILY LIFE INSURANCE COMPANY, and NATIONAL WESTERN LIFE INSURANCE COMPANY. Filing fee $ 455, receipt number 0090–2241998. Fee Status: Fee Paid. Parties have been notified. (Smith, Gregory) Modified on 7/20/2010 to add additional filers that were omitted from the initial filing (dr). (Entered: 07/20/2010) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NATIONAL<br>INSURANCE COMPANY, *et. al.*<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., *et al.*<br>and JP MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION,<br><br>Defendants,<br><br>and<br><br>FDIC, AS RECEIVER FOR<br>WASHINGTON MUTUAL BANK,<br>HENDERSON, NEVADA<br><br>Intervenor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 1:09-CV-01743-RMC |

## PLAINTIFFS' NOTICE OF APPEAL

NOW COME Plaintiffs American National Insurance Company ("ANICO"), American National Property and Casualty Company ("ANPAC"), Farm Family Life Insurance Company ("FFLIC"), Farm Family Casualty Insurance Company ("FFCIC") and National Western Life Insurance Company ("NWL") (collectively the "Plaintiffs"), and hereby appeal the judgment entered in this case, granting [Docket # 118] the motions to dismiss filed by Defendants JPMorgan Chase & Co and JP Morgan Chase Bank, N.A. and Intervenor the FDIC, as Receiver for Washington Mutual Bank, Henderson, Nevada, and denying Plaintiffs' Motion to Dismiss the FDIC-Receiver as a Party and to Remand the Case to Texas State Court, and denying [Docket #

1

124] Plaintiffs' Motion to Alter or Amend Judgment and Request for Leave to File Amended

Complaint, to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

By: ___/s/ Gregory S. Smith_____
Gregory S. Smith (D.C. Bar #472802)
LAW OFFICES OF GREGORY S. SMITH
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone:  (202) 460-3381
Facsimile:   (877) 809-9113
Email:  gregsmithlaw@verizon.net

Andrew J. Mytelka
Texas State Bar No. 14767700
Joseph R.  Russo, Jr.
Texas State Bar No. 24002879
Steve Windsor
Texas State Bar No. 21760650
James M. Roquemore
Texas State Bar No. 24058082
GREER, HERZ & ADAMS. LLP
One Moody Plaza, 18th Floor
Galveston, Texas  77550
(409) 797-3200
(409) 766-6424 (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on July 20, 2010, a copy of this document was filed with the Court's ECF

filing system, which will provide electronic notification of its filing to all counsel who have

noticed their appearance in this action.

___/s/ Gregory S. Smith_____
Gregory S. Smith

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICAN NATIONAL INSURANCE COMPANY,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-1743 (RMC) |
| **JPMORGAN CHASE & CO.,** *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** the FDIC-Receiver's motion to dismiss [Dkt. # 87] is **GRANTED**; and it is

**FURTHER ORDERED** that JPMorgan Chase's motion to dismiss [Dkt. # 89] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' motion to dismiss FDIC-Receiver as a party and to remand the case to Texas state court [Dkt. # 88] is **DENIED**.  This case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: April 13, 2010

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge